IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEANG WANG,

        Plaintiff,                    No. CIV. S-03-2503-LKK-PAN

    vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,                                    ORDER

        Defendant.
_____/

    This matter is before the court on plaintiff's motion for judgment and defendant's cross-motion for judgment. These motions were referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302. On July 12, 2005, Judge Nowinski filed findings and recommendation which were served on all parties and objections were to be filed within ten days after service. On July 21, 2005, plaintiff filed objections to the findings and recommendation.

1

1      The court has reviewed the file and finds the findings
2 and recommendation to be supported by the record and by the
3 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 that:
5      1.  The Findings and Recommendation filed July 12, 2005, are
6 adopted in full;
7      2.  Plaintiff's motion for summary judgment or remand is
8 denied; and
9      3.  Defendant's cross-motion for summary judgment is granted.
10 DATED: August 31, 2005.

                                    /s/Lawrence K. Karlton
                                    UNITED STATES DISTRICT JUDGE